UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD W. DELONG and BETTY JEAN SANFORD,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:21-cv-00790-JPB |

## ORDER

Before the Court is American General Life Insurance Company's ("American General") Motion for Interpleader Deposit. ECF No. 5. The Court finds as follows:

On February 24, 2021, American General filed a Complaint for Interpleader Relief in connection with a dispute over the proceeds of an insurance policy it issued in 2008. American General thereafter filed the instant Motion for Interpleader Deposit, in which it sought leave to deposit the disputed insurance policy proceeds in the federal courts' Disputed Ownership Fund ("DOF"). American General also filed an unopposed Motion for Order of Discharge.

Pursuant to the Motion for Order of Discharge, the Court directed American General to deposit the disputed proceeds in the DOF and dismissed American General from the action with prejudice.

On June 9, 2021, American General deposited the insurance proceeds with the Court as directed.

Given that American General has deposited the disputed funds with the Court, the Motion for Interpleader Deposit (ECF No. 5) is moot, and the Court **DENIES** it on that basis.

**SO ORDERED** this 27th day of July, 2021.

_____
J. P. BOULEE
United States District Judge